# FORM   A

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

Rev. 10/10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

**FILED**

JAMES J. VILT, JR. - CLERK

MAY 2 2 2026

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

*Mr. Willie Wilson Miller*

(Full name of the Plaintiff(s) in this action)

v.

*Clearview A.I "Artificial Intelligence" INC. Et.al.*

CIVIL ACTION NO. _3:26CV-382-JHM_
(To be supplied by the clerk)

(✓) DEMAND FOR JURY TRIAL

( ) NO JURY TRIAL DEMAND
(Check only one)

(Full name of the Defendant(s) in this action)

## I.   PARTIES

**(A)  Plaintiff(s)**. Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1)  Name of Plaintiff: *Mr. Willie Wilson Miller*

Place of Confinement: *Shelby County Detention Center*

Address: *1000 Bobby Waits Lane., Shelbyville, Ky 40065*

Status of Plaintiff: CONVICTED (✓) PRETRIAL DETAINEE ( )

(2)  Name of Plaintiff: _____

Place of Confinement: _____

# FORM   A

Rev. 10/10

**CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER**
**UNDER 42 U.S.C. § 1983 or**
**UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS***

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**

Mr. Willie
Wilson
Miller

(Full name of the Plaintiff(s) in this action)

v.

Clearview A.I
"Artificial
Intelligence" INC. Et. Al.
& Richard Schwartz,
(Co-Founder)

(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 3:26CV-382-JHM
(To be supplied by the clerk)

( ✓ ) DEMAND FOR JURY TRIAL

( ) NO JURY TRIAL DEMAND
(Check only one)

## I.    PARTIES

(A) **Plaintiff(s)**. Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Mr. Willie Wilson Miller

Place of Confinement: Shelby County Detention Center

Address: 1000 Bobby Waits Lane., Shelbyville, Ky 40065

Status of Plaintiff: CONVICTED ( ✓ )  PRETRIAL DETAINEE ( )

(2) Name of Plaintiff: _____

Place of Confinement: _____

# FORM A

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or

Rev. 10/10    UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY

Mr. Willie
Wilson
Miller

(Full name of the Plaintiff(s) in this action)

v.

Clearview A.I
"Artificial
Intelligence" INC. Et, AL.
& Hoan Ton - That,
(Co-Founder/CEO

(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 3:26CV-382-JHM
(To be supplied by the clerk)

(✓) DEMAND FOR JURY TRIAL

( ) NO JURY TRIAL DEMAND
(Check only one)

## I.    PARTIES

(A) **Plaintiff(s)**. Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Mr. Willie Wilson Miller,

Place of Confinement: Shelby County Detention Center

Address: 1000 Bobby Waits Lane., Shelbyville, Ky 40065

Status of Plaintiff: CONVICTED (✓)   PRETRIAL DETAINEE ( )

(2) Name of Plaintiff: _____

Place of Confinement: _____

# FORM A

**CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or**

Rev. 10/10          **UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS***

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY

*Mr. Willie Wilson Miller*

(Full name of the Plaintiff(s) in this action)

v.

*Clearview A.I "Artificial Intelligence" INC. Et,al. & Hal Lambert, (Investor)(Co-Founder)*

(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. _3:26CV-382-JHM_
(To be supplied by the clerk)

(✓) DEMAND FOR JURY TRIAL

( ) NO JURY TRIAL DEMAND
(Check only one)

## I.    PARTIES

(A)  **Plaintiff(s)**. Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: *Mr. Willie Wilson Miller*

Place of Confinement: *Shelby County Detention Center*

Address: *1000 Bobby Waits Lane., Shelbyville, Ky 40065*

Status of Plaintiff: CONVICTED (✓)  PRETRIAL DETAINEE ( )

(2) Name of Plaintiff:_____

Place of Confinement: _____

# FORM   A

**CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or**

Rev. 10/10          **UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS***

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY

*Mr. Willie
Wilson
Miller*

(Full name of the Plaintiff(s) in this action)

v.

*Clearview A.I
"Artificial
Intelligence" INC. Et,AL.* ✓ DEMAND FOR JURY TRIAL
*John Catsimatidis,*
*(Early Investor)(Co-Founder)*

CIVIL ACTION NO. 3:26CV-382-JHM
(To be supplied by the clerk)

(__) NO JURY TRIAL DEMAND
(Check only one)

(Full name of the Defendant(s) in this action)

## I.    PARTIES

(A)  **Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: *Mr. Willie Wilson Miller*

Place of Confinement: *Shelby County Detention Center*

Address: *1000 Bobby Waits Lane., Shelbyville, Ky 40065*

Status of Plaintiff: CONVICTED (✓)   PRETRIAL DETAINEE (__)

(2) Name of Plaintiff: _____

Place of Confinement: _____

# FORM   A

**CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER**
**UNDER 42 U.S.C. § 1983 or**

Rev. 10/10         **UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS***

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF KENTUCKY

*Mr. Willie*
*Wilson*
*Miller*

(Full name of the Plaintiff(s) in this action)

v.                                    CIVIL ACTION NO. 3:26CV-382-JHM

*Clearview A.I*                        (To be supplied by the clerk)
*"Artificial*
*Intelligence" INC. Et, Al*  (✓) DEMAND FOR JURY TRIAL
*& Peter Thiel,*
*(Early Investor)(CoFounder)*  ( ) NO JURY TRIAL DEMAND
                                          (Check only one)

(Full name of the Defendant(s) in this action)

## I.    PARTIES

(A)  **Plaintiff(s)**.  Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status.  Repeat this procedure for each additional Plaintiff named, if any.

(1)  Name of Plaintiff: *Mr. Willie Wilson Miller*

Place of Confinement: *Shelby County Detention Center*

Address: *1000 Bobby Waits Lane., Shelbyville, Ky 40065*

Status of Plaintiff:  CONVICTED ( ✓ )   PRETRIAL DETAINEE ( )

(2)  Name of Plaintiff: _____

Place of Confinement: _____

# FORM  A

**CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or**

Rev. 10/10    **UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS***

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY

*Mr. Willie
Wilson
Miller*

(Full name of the Plaintiff(s) in this action)

v.

*Clearview A.I
"Artificial
Intelligence" INC. Et.al.*  (✓) DEMAND FOR JURY TRIAL
*& Charles C. Johnson,*
*(Associate/Early Facilitator )(Co-Founder)*

( ) NO JURY TRIAL DEMAND
(Check only one)

CIVIL ACTION NO. *3:26CV-382-JHM*
(To be supplied by the clerk)

(Full name of the Defendant(s) in this action)

## I.    PARTIES

(A)  **Plaintiff(s)**. Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: *Mr. Willie Wilson Miller*

Place of Confinement: *Shelby County Detention Center*

Address: *1000 Bobby Waits Lane., Shelbyville, Ky 40065*

Status of Plaintiff: CONVICTED (✓)  PRETRIAL DETAINEE ( )

(2) Name of Plaintiff: _____

Place of Confinement: _____

# FORM   A

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
Rev. 10/10       UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF KENTUCKY

Mr. Willie
Wilson
Miller

(Full name of the Plaintiff(s) in this action)

v.

Clearview A.I
"Artificial
Intelligence" INC. Et,al.
& Flexcap Ventures &
Kirenaga Partners (Co-Founders)

(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 3:26CV-382-JHM
(To be supplied by the clerk)

( ✓ ) DEMAND FOR JURY TRIAL

( ) NO JURY TRIAL DEMAND
(Check only one)

## I.    PARTIES

**(A)  Plaintiff(s)**. Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1)  Name of Plaintiff: Mr. Willie Wilson Miller

Place of Confinement: Shelby County Detention Center

Address: 1000 Bobby Waits Lane., Shelbyville, Ky 40065

Status of Plaintiff: CONVICTED ( ✓ )   PRETRIAL DETAINEE ( )

(2)  Name of Plaintiff:_____

Place of Confinement: _____

Address: _____

Status of Plaintiff:  CONVICTED ( __ )  PRETRIAL DETAINEE ( __ )

(3)  Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff:  CONVICTED ( __ )  PRETRIAL DETAINEE ( __ )

**(B)  Defendant(s).**  Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued.  Repeat this procedure for each additional Defendant named, if any.

(1)  Defendant _Clearview A.I, INC._ is employed as _Corporation_ at _99 Wall Street, Suite 5730., New York, New York 10005_

The Defendant is being sued in his/her ( ✓ ) individual and/or ( ✓ ) official capacity.

(2)  Defendant _Richard Schwartz_ is employed _Clearview AI, INC._ as _(Co-Founder)_ at _99 Wall Street, Suite 5730., New York, New York 10005_

The Defendant is being sued in his/her ( ✓ ) individual and/or ( ✓ ) official capacity.

(3)  Defendant _Hoan Ton-That_ is employed _Clearview AI, INC._ as _Co-Founder/CEO_ at _99 Wall Street, Suite 5730., New York, New York 10005_

The Defendant is being sued in his/her ( ✓ ) individual and/or ( ✓ ) official capacity.

(4)  Defendant _Hal Lambert_ is employed _Clearview AI, INC._ as _(Investor Co-Founder)_ at _300 Throckmorton Street., Suite 1550 Fort Worth, Texas 76102_

The Defendant is being sued in his/her ( ✓ ) individual and/or ( ✓ ) official capacity.

(5) Defendant John Catsimatidis is employed as Early Investor of Clearview AI, INC. /CEO of Red Apple Group at 800 Third Avenue., New York, New York 10022

The Defendant is being sued in his ( ✓ ) individual and/or ( ✓ ) official Capacity.

(a) Defendant, PETER Thiel, is employed as Clearview AI, INC (Early Investor Co-Founder) at 99 Wall Street, Suite 5730., New York, New York 10005 Defendant is Being sued in his (✓) individual and/or (✓) official Capacity.

(7) Defendant __Charles C. Johnson__ is employed as __EARLY FACILITATOR/Co-Founder__ at __99 Wall Street, Suite 5730.,__ Clearview AI, INC. (ASSOCIATE NEW YORK, NEW YORK, 10005

The Defendant is being sued in his/her ( ✓ ) individual and/or ( ✓ ) official capacity.

## II.    PREVIOUS LAWSUITS

(A)  Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action?  YES ( ✓ ) NO (___)

(B)  If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): __Mr. Willie Wilson Miller (Class Action)__

Defendant(s): __2017 Equifax, Inc., Customer Data Security Breach Litigation__

Court (if federal court, name the district. If state court, name the county): __Northern District of Atlanta, Georgia Federal Courts__

Docket number: __1:17-md-2800-TWT__

Name of judge to whom the case was assigned: __Mr. Thomas W. Thrash, JR.__

Type of case (for example, habeas corpus or civil rights action): __Civil Rights Action__

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?): __Plaintiff was awarded damages and relief In this action__

Approximate date of filing lawsuit: __September 7, 2017__

Approximate date of disposition: __Signed January 28, 2019__

3

(6) Defendant _Flexcap Ventures_ is employed
as _[EARLY INVESTOR/Co-Founder]_ at _99 Wall Street, Suite 5730, NEW YORK, NEW YORK 10005_

_CLEARVIEW AI, INC._

The Defendant is being sued in his/her ( ✓ ) individual and/or ( ✓ ) official capacity.

## II.    PREVIOUS LAWSUITS

(A)  Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action?  YES ( ✓ ) NO (     )

(B)  If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _Mr. Willie Wilson Miller (Class Action)_

Defendant(s): _2017 Equifax, Inc., Customer Data Security Breach Litigation_

Court (if federal court, name the district.  If state court, name the county): _Northern District of Atlanta, Georgia Federal Courts_

Docket number: _1:17-md-2800-TWT_

Name of judge to whom the case was assigned: _Mr. Thomas W. Thrash, JR._

Type of case (for example, habeas corpus or civil rights action): _Civil Rights Action_

Disposition (for example, Was the case dismissed?  Is it still pending?  Is it on appeal?): _Plaintiff was awarded damages and relief In this action_

Approximate date of filing lawsuit: _September 7, 2017_

Approximate date of disposition: _Signed January 28, 2019_

3

(9) Defendant _Kirenaga Partners_ is employed
_CLEARVIEW AI, INC_
as _Capital Firm/Co-Founder_ at _99 Wall Street, Suite 5730., NEW YORK, NEW YORK 10005_

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

## II.    PREVIOUS LAWSUITS

(A)  Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action?  YES ( ✓ ) NO (___)

(B)  If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _Mr. Willie Wilson Miller (Class Action)_

Defendant(s): _2017 Equifax, Inc., Customer Data Security Breach Litigation_

Court (if federal court, name the district.  If state court, name the county): _Northern District of Atlanta, Georgia Federal Courts_

Docket number: _1:17-md-2800-TWT_

Name of judge to whom the case was assigned: _Mr. Thomas W. Thrash, Jr._

Type of case (for example, habeas corpus or civil rights action): _Civil Rights Action_

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?): _Plaintiff was awarded damages and relief In this action_

Approximate date of filing lawsuit: _September 7, 2017_

Approximate date of disposition: _Signed January 28, 2019_

3

*Page 1 of 71*

## III.    STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

Comes Now Plaintiff Mr. Willie Wilson Miller, PRO USE, formerly of Bowling Green, Warren County, Kentucky brings this consumer fraud litigation Civil action concerning facial recognition technology developed by Defendant Clearview AI, Inc. and its affiliates

In this Complaint, the above named Plaintiff, Mr. Willie Wilson Miller, as a Plaintiff and Victim of the 2017 Equifax Customer Security Data Breach Litigation See Case #1:17-md-2800-TWT of the Northern District of Atlanta, Georgia Federal Courts

4

Page 2 of 71.

III. STATEMENT OF CLAIM(S) continued



Plaintiff alleges that Clearview AI, Inc., has engaged in unfair acts and practices by collecting his Photographs and billions of Photographs of others through its App and Web Site by its self as well as by hackers and makeing Plaintiffs' photos available to search useing facial recognition technology that Clearview AI, Inc., developed without the Consent of Plaintiff, which depicted, engageed in deceptive acts and practices by makeing material misrepresentations about its product, and fraudulently acquired brokered his personal information and his personal

5

Page 3 of 71.

"identifiable information"
(i.e., biometric data
used to identify) him as
a consumer.

The Plaintiff claims
that Clearview AI, Inc.
actions violate the
Kentucky Fraudulent
Acquisition of Data
Law...

Clearview AI, a
Delaware Corporation
with its principle

Page 4 of 71

place of business in New York, is engaged in the business of identifying individuals useing facial recognition technology applied to photographs. Clearview is also registered as a data broker in Vermont's Data Broker Registry). See 9 V.S.A. § 2446.

A data broker is "a business... that knowingly collects

Page 5 of 71

and sells or licenses to third parties that brokered personal information of a consumer with whom the business does not have a direct relationship. See 9 V.S.A. § 2430 (4)

As a small start-up company, Clearview AI, Inc. developed facial recognition technology and in useing

Page 6 of 71

"screen scraping" technology amassed a database of three billon photographs ("in which Plaintiffs photographs were amongest these without his consent or permission") Facial recognition technology involves using computers to extract biometric identifiers from photographs

Page 7 of 71.

based on specific features of an "idividua(ls)" In such as was the Plaintiffs" face like relative position, size, or shape of the eyes, nose, cheekbones and jaw. These identifiers was and are stored as digital "hashes" in a searchable database "as was Plaintiffs without his consent

Page 8 of 71.

or permission" to quickly identify the Plaintiff without his consent or his permission based on his photographs and videos...

A biometric identifier is a piece of information used to authenticate an individual," in such was Plaintiffs herein without his consent

Page 9 of 71.

or his permission....
And in which Plaintiff
cannot change absent
extreme efforts Once
entered into a
facial recognition
database, as was
said Plaintiffs was
without his consent
or his permission"...
Once Plaintiffs
photographs, videos, etc.
was entered in this
database without his

Page 10 of 71.

Consent and permission as was this Case, Plaintiff then can and could be picked out of a crowd by anyone using the technology in which Clearview AI, Inc, did and allowed hackers, criminals, fraudsters, etc. to do to obtain his personal identifiable information to commit identity thief, fraud, data

Page 11 of 71.

breach, etc. against Plaintiff using this technology that Clearview AI, Inc. had invented and developed this facial recognition tool commericially available to the public through its App and website...

Businesses and policy makers have been particularly cautious

Page 12 of 71.

regarding the implementation of facial recognition technology because of the potential for misuse and its consequences...

Easily accessible facial recognition as is herein, Plaintiff alleges in this Complaint that Clearview AI, Inc. did in fact negligently allowed by permitting governments, hackers,

Page 13 of 71.

data breachers, thiefs of Identities and Identifiable personal informations, stalkers, thugs, predators, fraudsters, con artists and criminals to allow them to use Clearview's AI services, Web Site, and App to instantly identify the said abort named Plaintiff herein without his consent, combined with other

Page 14 of 71.

readily available data sources, the hackers, criminals, fraudsters, etc, was able to know extensive details about Plaintiff and and commit such data breach(s) against him as well as know extensive details about Plaintiff personal identifiable Informations includeing his family, addresses, email accounts,

Page 15 of 71.

workplace, age, Social Security Number, Date of birth, phone number, Consumer Reporting Information and other characteristics of his entirety of his identity, etc....

For example, large technology companies such as Google and Facebook have declined to make a facial recognition tool

Page 16 of 71.

commercially available, though they have the capability to do so...

Clearview AI, Inc. collected billions of personal photographs "Includeing Plaintiff" photographs by scouring millions of websites through its process, a process called "screen scraping" without the Consent

Page 17 of 71.

or permission from Plaintiff...

"Screen Scraping" is a term for sending automated scripts or other processes, sometimes called "spiders," "web scrapers," or "crawlers" to collect information throughout the Internet, such as downloading photographs and or videos...

Page 18 of 71.

Clearview AI, Inc. has commercialized these photographs through its Web Site and App via a service that allows the customer ("hacker, criminal, stalker, fraudulant acting) Criminal, Data Breacher, Consumer Data Breacher and Identity thief, Etc.") to upload a photograph of a person,

Page 19 of 71.

"as is was Plaintiffs photograph without his consent or permission" in order to instantly identify an individual "the Plaintiff", as is and was "done and committed against above named Plaintiff through Clearview A.I., Inc., facial recognition matching database web site and app

tool without Plaintiff Consent, Permission or Approval to commit or to negligently allow the Criminal(s), through its technology and tool to commit a data breach, identity theft, fraud, Consumer Data Breach, Etc. against the Above Said Plaintiff...

the general public

Page 21 of 71.

first learned, besides the hacker(s), Criminal(s) fraudster(s), Consumer Data Breacher(s) Data Breacher(s) Identity thief (s) through a January 18, 2020 article in the New York Times...

Plaintiff alleges that Clearview AI, Inc. and its Affiliates has engaged against him in unfair acts

Page 22 of 71.

and practices in commerce, in violation of his Rights of the Consumer Protection Act through the following acts committed Against him.

Screen Scraping Plaintiff photographs over the Internet without the Consent of Plaintiff as the

Page 23 of 71.

owner of his photographs, many of which had been uploaded subject to terms of service of web sites, which limited their use...

o Collecting, Storing, Analyzing, and Distributing the photographs of the Plaintiff and Plaintiff Son (Child) Triston

Page 24 of 71

Scott Wilson Miller, in which is a minor, without the consent of Plaintiff as a parent and guardian herein of:

- Invading the privacy and rights of the Plaintiff as a Consumer:

- Failing to provide adequate data security)

Page 25 of 71

to Plaintiff, for the data collected without his consent or permission...

- Exposing Plaintiff as a Consumer of his sensitive personal data to theft by foreign actors and criminals;

- Violating Plaintiff Civil Rights as a

Page 26 of 71.

Consumer as to the display and distribution of Plaintiff photographs and other property rights; and

Exposing Plaintiff as a Victim and a United States Citizen to the threat of surveillance, stalking, harassment, harm and or

Page 27 of 71

fraud, Etc., ...

Plaintiff herein also alleges that Clearview AI., Inc., And its Affiliates' has engaged against him in deceptive acts and practices in violation of the Fair Credit Protection Act, by making materially false or misleading Statements to him

Page 28 of 71

regarding):

- the ways that Plaintiff as a Kentucky Consumer can assert his privacy rights to opt out of its product;

- that Clearview AI, Inc. and its Affiliates' processing of Plaintiff Consumer Personal data does not unduly

Page 29 of 71.

affect his interests
of fundamental
rights and freedoms;

- the strength of its
data against Plaintiff...

- the strength of its
data security;

- that Clearview AI, Inc.
the product is only
used by law
enforcement agencies

Page 30 of 71.

and is not publicly available against Plaintiff:

• that it removes consumers "Such as Plaintiff" from its database to comply with relevant laws;

• the accuracy of its facial recognition matching product used against Plaintiff

without his Consent isn't an invasion of his privacy rights, Etc. and;

its success in assiting law enforcement investigations.

Plaintiff alleges that Clearview AI, Inc., and Affiliates, Owners, Etc. use of "Screen Scraping"

Page 32 of 71.

technology constitutes fraudulent asquisition against Plaintiff of his brokered personal information in violation of his Rights of Kentucky's Fraudulent Acquisition of Data Law Committed Against Plaintiff by ClearviewA.I., Inc And its Affiliates, Owners, Inventors

Page 33 of 71.

and Investors...

Plaintiff Contends that these Allegations Against Clearview AI, Inc. have occurred on several different dates and occasions stimming from May 2017 to September 7, 2017 and multiple different dates and times since these dates mentioned, and even

Page 34 of 71.

until now) "to date," of its negligence acts of liability...

In Which Clearview AI, Inc. is responsible in whole part of his, Plaintiff, Identity being stolen and used as is and was the situation in a different Civil Action Litigation linked to this Litigation...

Page 35 of 71

Please See Class Civil Action Litigation

Mr. Willie Wilson Miller (Plaintiff)

VS.

2017 Equifax Customer Security Data Breach Litigation

Case # 1:17-md-2800-TWT

Honorable Judge Chief Thomas W. Thrash, Jr.

Page 36 of 71

Northern District of Atlanta, Georgia Federal Court...

Plaintiff also contends and alleges that without his permission, consent or his knowledge that Clearview AI, Inc. negligently allowed hacker(s), Stalker(s), Consumer Data Breacher(s), Identity Thief(s), fraudster(s) and Criminal(s), Etc. to

Page 37 of 71

deliberatly to use its App and web site to scour, and scan Plaintiff already "Screen Scrap" photographs to illegally steal and use his Consumer personal data and Identifiable Informations to do and take part against him in May 2017 and on September 7, 2017 as a victim of identity

Page 38 of 71

theft by negligently
allowing hacker(s)
and criminal(s) to use
Defendant Clearview AI,
Inc. Web Site and App
it has to Breach
Plaintiff and his data
in the 2017 Equifax
Customer Security Data
Consumer Breach Litigation
which occured... Where
all Plaintiff personal
Identifiable
Informations were

Stolen and used by these hacker(s), thug(s) Criminal(s) Etc....

Plaintiff alleges that Clearview AI, Inc. and its Affilliates are responsible for these criminal acts committed against him as well as for knowingly (knowing) and never doing anything about it to preventing it from accureing negligently

<u>Page 40 of 71</u>

against Plaintiff and him and his "Consumer file, and for allowing these hacker(s) and criminal(s), Etc. to Commit such negligent acts against him useing the software they invented and developed "this Clearview) A-I, Inc. Artificial Intelligence tool, App, And Web Site to do and allow "Screen Scraping)" and

"facial recognition" against him, without the consent and permission of the above said named Plaintiff, to negligently allow hacker(s) and these criminal(s) to steal Plaintiff Identity and personal Identifiable Informations to commit fraud and a Judiciary Data Breach, the

Page 42 of 71

2017 Equifax Customer Security, Consumer Data Breach Case # 1:17-md-2800-TWT in which resided before the honorable Chief Judge Thomas W. Thrash, Jr.; A Class Civil Action that was brought before the honorable Northern District of Atlanta, Georgia Federal Courts and as well as before the United

Page 43 of 71

States Court of Appeals, Eleventh Circuit. on June 3, 2021 in

999 F.3d 1247

In RE Equifax Inc. Customer Data Security Breach Litigation

Shiyang Huang, et al., Movants - Appellants,

Brian F. Spector, et al., Plaintiffs - Appellees;

v.

Page 44 of 71

Equifax Inc., et al.,
Defendants-Appellees.
Case # 20-10249

In which this appeal arose out of the 2017 data privacy breach of Equifax and its affiliates in which Equifax eventually settled their dispute, the district court approved the settlement, certified the settlement

Page 45 of 71

class, "in which the above named Plaintiff Mr. Willie Wilson-Miller was one of those Class members", and the courts awarded attorney's fees and expenses, and approved incentive awards for the class representatives, and the Court of Appeals. Eleventh Circuit affirmed the district court's rulings in

Page 46 of 71

full...

Wherefore; Plaintiff brings this above styled action now against Clearview AI, Inc and Affiliates, and as well as Mr. Richard Schwartz (Co-Founder) Mr. Hoan Ton-That (Co-Founder/CEO) Mr. Hal Lambert (Investor) co-founder Mr. John Castimatidis (Early Investor) co-founder

Page 47 of 71

Mr. Peter Thiel
(Early Investor) Co-founder
Mr. Charles C. Johnson
(Associate/Early
Facilitator) Co-founder
Flexcap Ventures) Co-founder
(An early investor in
Clearview AI, Inc

for aiding and abetting)
and owners and CEO's
of Clearview AI, Inc.
brought forth in this
action which violates
above named Plaintiff

Page 48 of 71

alleges ("Alligations") mentioned in this Civil Action and Complaint in which violates Plaintiff Rights mentioned against these Defendants herein... And as well as Plaintiff Due Process of Law, his privacy rights, Consumer Protection Act, his fair Credit Reporting Act, HIPPA Laws,

Page 49 of 71

Etc.....

Plaintiff also states the following facts;

Clearview AI, Inc. is a private company, meaning it is owned by its founders and a group of venture capital investors rather than being publicly traded.

As of early 2026, the primary stakeholders

and leadership are:

**Founders and Key Shareholders:**

Mr. Hoan Ton-That:
A Vietnamese-Australian entrepreneur and the original face of the company. While he stepped down as CEO in late 2024 he remains a significant shareholder and member of the Board of Directors.

Page 51 of 71

Mr. Richard Schwartz:
A former senior advisor
to Rudy Giuliani. He
is a co-founder and
currently serves as
co-CEO. ...

Mr. Charles C. Johnson:
A controversial
right-wing activist
who was an early
founder and stakeholder,
though his current
active involvement is

Page 52 of 71

often described as
minimal compared
to Von-Ihat and
Schwartz.

Executive Leadership
(Effective 2025)
    In a major leadership
shift in early 2025,
the company appointed
two co-CEOs to replace
Von-Ihat:

Mr. Hal Lambert: An
early investor and

Page 53 of 71

GOP fundraiser (known for the "MAGA" EFT). His appointment was widely seen as a strategic move to secure more federal and defense contracts.

+1

Mr. Richard Schwartz. (Co-founder mentioned above).

Page 54 of 71

Notable Investors:

The Clearview AI, Inc. company has raised approximately $38.6 million over several funding rounds. ...

Key Investors include:

Peter Thiel: The billionare co-founder of PayPal and Palantir was one of the earliest high-profile

Page 55 of 71

backers, contributing roughly $200,000 in seed funding. ...

Kirenaga Partners: An early-stage venture capital firm. ...

Flexcap Ventures: Involved in later funding rounds. ...

Mr. John Catsimatidis: The billionaire owner

Page 56 of 71

of the Gristedes grocery chain, who was an early supporter of Clearview AI, Inc. and user of the technology.

NOTE: Because Clearview AI, Inc. is private the exact percentage of ownership held by each

Page 57 of 71

individual or firm
is not publicly
disclosed. Ownership
is distributed among
the founders, employees
with equity, and
the venture capital
firms that
participated in their
Series A and Series B
round. ....

Page 58 of 71

Clearview AI, Inc. and its key figures have a history of maintaining multiple corporate and administrative addresses across various states. While specific residential addresses are private, the following locations

Page 59 of 71

are the primary business and legal service addresses associated with the individuals and entities I mentioned herein.

Current Primary Contact (Public):
214 West 29th Street
2nd Floor

Page 60 of 71

New York, New York 10001..
Corporate / Lobbying
Address):

99 Wall Street
Suite 5730
New York, New York 10005

Registered Legal /
Privacy Address:
418 Broadway
STE N

Albany, New York 12207

Historical/
Administrative Address

1616 Geary Street
STE 1500
San Francisco, CA 94108

Key Associated-Co-
founder Individuals:

Richard Schwartz (Co-Founder): As a former advisor to Rudy Giuliani and co-founder of Clearview AI, Inc., his professional presence is primarily linked to the New York City corporate offices (99 Wall Street and 214 West 29th Street)

Page 63 of 71

Hoan Ton-That (Co-Founder/CEO of Clearview AI, Inc.; his primary professional address is the New York headquarters. Some early filings were also associated with the San Francisco location (166 Geary Street)

Page 64 of 71.

Hal Lambert
(Investor/Co-Founder)
of Clearview AI, Inc.,
and Founder of Point
Bridge Capital. His
primary business
address is:
300 Throckmorton
Street
Suite 1550
Fort Worth, Texas 76102

Page 65 of 71

John Catsimatidis
(Early Investor / Co-Founder) of ClearviewAI, Inc, And CEO of Red Apple Group. His primary headquarters is located at:
800 Third Avenue
New York, New York 10022

Page 66 of 71

Peter Thiel
(Early Investor/Co-Founder) of Clearview AI, Inc. and Founder of Thiel Capital. While he has various international interests, his firm has historically operated out of Los Angeles, CA, and previously San Francisco, CA...

Charles C. Johnson (Associate / Early Facilitator / Co-Founder) of ClearviewAI, Inc. and Often linked to Clearview's early stages, his professional activities have historically been based in California and Wyoming, though he does not maintain a public corporate

Page 68 of 71

office for Clearview.

Investment Entities

Flexcap Ventures:
An early investor/
Co-Founder in
Clearview AI, Inc.
Their professional
correspondence
address is typically
listed as:
99 Wall Street
Suite 5730
New York, New York 10005

## IV.    RELIEF

State exactly what you want the Court to do for you.  (If you seek relief which affects the fact or duration of your imprisonment (for example:  release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.)  The Plaintiff(s) want(s) the Court to:

✓ _____  award money damages in the amount of $ 1,000,000,000.00  ("ONE BILLION DOLLARS")

_____  grant injunctive relief by _____

✓ _____  award punitive damages in the amount of $ 1,000,000,000.00

✓ other: _Remove Any And All Photographs of Plaintiff And OPT PLAINTIFF OUT OF THEIR SERVICES FOR LIFE..._

## V.    DECLARATION UNDER PENALTY OF PERJURY
**(each Plaintiff must sign for him/herself)**

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This _18_ day of _May_____, 20_26_

_Mr. Willie Wilson Miller_
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _May 18, 2026_ .

_Mr. Willie Wilson Miller_
(Signature)

6

Mr. Willie Wilson Miller #144328
% Shelby County Detention Center
1000 Bobby Waits Lane
Shelbyville, Kentucky 40065

FILED
JAMES J. VILT, JR. - CLERK
MAY 22 2026
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

FRANK
FREE U.S. Postage
LEGAL MAIL

United States District Court Clerk
Gene Snyder United States Courthouse
601 West Broadway, Rm 106
Louisville, Kentucky 40202